500 A.2d 426

**Leonard DeMARCO, Petitioner,**

v.

**JONES & LAUGHLIN STEEL CORPORATION.**

Supreme Court of Pennsylvania.

Nov. 18, 1985.

Petition for Allowance of Appeal GRANTED, No. 110 W.D. Appeal Docket 1985.